UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN

    Plaintiff(s),                            No. 07-04641(EDL)

    v.

                                              ORDER RE REQUEST FOR
                                              RECONSIDERATION

JOHN DOLL

    Defendant(s).
                                   /

        The Court received Plaintiff's request for reconsideration of its October 29, 2007 Order dismissing his complaint with leave to amend. In its October 29, 2007 Order, the Court allowed Plaintiff to amend his complaint, Plaintiff did so, and the Court then dismissed the amended complaint with prejudice. Accordingly, Plaintiff's request is DENIED as moot. In addition, Plaintiff did not show under Civil Local Rule 7-9(b): that a material difference in fact or law exists from that which was presented[1] to the Court and that the party exercised due diligence but did not know of such fact or law; the emergence of new material facts or change of law occurring after the order; or a manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court.

///

///

///

---

[1] While Plaintiff did not present argument to the Court in the form of a motion, he presented facts and legal authority to the Court in his complaint.

1  ///
2      IT IS SO ORDERED.
3  Dated:  January 17, 2008

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge