**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN<br><br>    Plaintiff(s),<br><br>  v.<br><br>JOHN DOLL<br><br>    Defendant(s).<br>_____/ | No. 07-04641(EDL)<br><br>JUDGMENT |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of December 7, 2007, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 17, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Judg.For