UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL DUNN,

                Plaintiff,

    v.

JOHN DOLL et al,

                Defendant.
_____/

Case Number: CV07-04641 EDL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Dunn
P.O. Box 1468
Laytonville, CA 95454

Dated: January 17, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk