OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING  
CLERK

450 GOLDEN GATE AVENUE  
SAN FRANCISCO, CA 94102  
(415) 522-2000  
FAX (415) 522-2176

# THIRD & FINAL PAST DUE NOTICE

Michael Dunn  
P.O. Box 1468  
Laytonville, CA 95454

**Original Due Date:**  
10/29/2007

**Third Notice Date:**  
1/16/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied, however, our records reflect that we have not received your payment despite two prior payment past due notices.

*This fee is now more than 60 days past due for the following case:*

**Case Title:  Dunn v. Doll et al**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:07-cv-04641-EDL | 09/10/2007 | 10/29/2007 | $350.00 |

Please immediately send a check for $350.00 to the following address:

> **United States District Court**  
> **450 Golden Gate Avenue, 16th Floor**  
> **San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**  
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**This is your third notice for the unpaid fees. If we do not receive payment within 30 days, we are required to refer your bill to the Administrative Office of the U.S. Courts for collection.**

If you cannot pay this bill due to financial hardship you may write a letter explaining your hardship and requesting a waiver of the filing fee to:

> **The Director, Administrative Office of the U.S. District Courts**  
> **Thurgood Marshall Federal Judiciary Building**  
> **One Columbus Circle, N.E.**  
> **Washington, D.C. 20544**

**Payment in full is due upon receipt. Total amount due: $350.00**